UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHARON A. MOLYNEUX,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | CASE NO.  C11-5006RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND AFFIRMING DECISION OF THE SOCIAL SECURITY ADMINISTRATION |

    This matter comes before the court on review of the Report and Recommendation of the Magistrate Judge.  Dkt. 21.  The court has considered the record, including plaintiff's objections (Dkt. 22) and defendant's response (Dkt. 23), and is fully advised.

    On December 8, 2011, U.S. Magistrate Judge Karen L. Strombom issued a Report and Recommendation, recommending that the court affirm the decision of the Social Security Administration that denied plaintiff's applications for disability insurance and supplemental security income benefits.  Dkt. 21.

ORDER ADOPTING REPORT AND
RECOMMENDATION AND AFFIRMING
DECISION OF THE SOCIAL SECURITY
ADMINISTRATION- 1

On December 22, 2011, plaintiff filed objections to the Report and Recommendation, arguing that the ALJ failed to properly evaluate the medical evidence; that the ALJ failed to properly evaluate plaintiff's testimony regarding her symptoms and limitations; that the ALJ failed to properly evaluate lay witness evidence; that the ALJ improperly determined plaintiff's residual functional capacity; and that the ALJ erroneously found that plaintiff can perform her past relevant work. Dkt. 22. In her objections, plaintiff reiterated arguments that she made in her opening brief (Dkt. 16) and in her reply (Dkt. 20). The magistrate judge analyzed plaintiff's claims thoroughly and carefully in the Report and Recommendation. The court concurs with the analysis of the magistrate judge, for the reasons set forth in the Report and Recommendation. The court need not separately address plaintiff's claims in her objections, since they have been so well analyzed in the Report and Recommendation. The court should adopt the Report and Recommendation and affirm the decision of the Social Security Administration.

Accordingly, the court **ADOPTS** the Report and Recommendation (Dkt. 21). The decision of the Social Security Administration is **AFFIRMED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 9th day of January, 2012.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION AND AFFIRMING
DECISION OF THE SOCIAL SECURITY
ADMINISTRATION- 2